# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 15-1192　　　　　　　　　　　　　September Term, 2024

EPA-80FR24218

Filed On: January 10, 2025 [2093377]

Chesapeake Climate Action Network, et al.,

　　　　Petitioners

　v.

Environmental Protection Agency and
Michael S. Regan,

　　　　Respondents

------------------------------

National Rural Electric Cooperative
Association,
　　　　Intervenor

# **O R D E R**

Upon consideration of the joint motion to govern future proceedings, it is

**ORDERED** that this case remain in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings by April 10, 2025.

　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　Scott H. Atchue
　　　　　　　　　　　　　　Deputy Clerk